```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 26373
   ROBERT O NUTTALL
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-5464


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/15/2004 and was confirmed 10/07/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  14.48% from remaining funds.

     The case was paid in full 08/24/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                              PAID             PAID
------------------------------------------------------------------------------
AMERIQUEST MORTGAGE        CURRENT MORTG        .00             .00              .00
AMERIQUEST MORTGAGE        MORTGAGE ARRE     469.51             .00           469.51
DAIMLER CHRYSLER FINANCI   SECURED          5950.00          711.39          5950.00
AMERICASH LOANS LLC        UNSECURED OTH     743.57             .00           107.65
ILLINOIS DEPT OD REVENUE   UNSECURED       NOT FILED            .00              .00
CITY OF CHICAGO WATER DE   UNSECURED       NOT FILED            .00              .00
COOK COUNTY CHILD SUPPOR   UNSECURED       NOT FILED            .00              .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED            .00              .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         517.76             .00            74.97
NORTHWEST PREMIUM SERVIC   UNSECURED       NOT FILED            .00              .00
ONE IRON VENTURES          UNSECURED       NOT FILED            .00              .00
PAYDAY LOAN STORE          UNSECURED       NOT FILED            .00              .00
PEOPLES GAS LIGHT & COKE   UNSECURED            .00             .00              .00
RESURGENT ACQUISITION LL   UNSECURED        1043.34             .00           151.07
AMERICASH LOANS LLC        UNSECURED         569.73             .00            82.49
DAIMLER CHRYSLER FINANCI   UNSECURED        4552.85             .00           659.21
AMERIQUEST MORTGAGE        NOTICE ONLY     NOT FILED            .00              .00
CITY OF CHICAGO PARKING    UNSECURED         170.00             .00            24.61
AMERIQUEST MORTGAGE        UNSECURED       NOT FILED            .00              .00
THOMAS W DREXLER           DEBTOR ATTY      1,994.00                        1,994.00
TOM VAUGHN                 TRUSTEE                                            575.10
DEBTOR REFUND              REFUND                                               7.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE             10,807.00

PRIORITY                                       .00
SECURED                                    6,419.51
    INTEREST                                 711.39

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 26373 ROBERT O NUTTALL
```

```
UNSECURED                                              1,100.00
ADMINISTRATIVE                                         1,994.00
TRUSTEE COMPENSATION                                     575.10
DEBTOR REFUND                                              7.00
                                   ----------------  ----------------
TOTALS                                   10,807.00        10,807.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 02/27/08              _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```